UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERONICA NEVAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-303 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

On July 14, 2015, Plaintiff filed this action seeking review of the final decision of the Commissioner of Social Security denying her applications for disability benefits. (D.E. 1). On July 16, 2015, Plaintiff filed the pending Motion to Transfer Venue. (D.E. 9). Plaintiff's counsel advises the Court she mistakenly filed this action in the Corpus Christi Division of the United States District Court for the Southern District of Texas and requests a transfer to the McAllen Division of the United States District Court for the Southern District of Texas. Plaintiff is a resident of Hidalgo County which is in the McAllen Division. 28 U.S.C. § 124(b)(7). Having review the Motion, it is **GRANTED**.

According to 42 U.S.C. § 405(g), an action for judicial review of any final decision of the Commissioner of Social Security "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." Therefore, venue is proper in the Southern District of Texas. For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district

or division where it might have been brought or to any district or division to which all parties have consented. 28 U.S.C. § 1404(a).

Because Plaintiff is a resident of Hidalgo County, it is more convenient and would further the interests of justice for this action to be handled in the McAllen Division of the Southern District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, McAllen Division.

ORDERED this 20th day of July, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE